UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 20285 CR - SEITZ

MAGISTRATE JUDGE BANDSTRA

CASE NO. ____________________

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1951(a)
18 U.S.C. § 924(o)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(2)
18 U.S.C. § 924(d)(1)

2004 MAY -6 PM 2:52



UNITED STATES OF AMERICA

vs.

JORGE PELEGRIN,
NICKY MARTINEZ,
BRUNO GASPAROTTO, and
OTTO GARDIN,

Defendants.
______________________________/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From on or about February 12, 2004, through on or about April 21, 2004, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JORGE PELEGRIN,
NICKY MARTINEZ,
BRUNO GASPAROTTO, and
OTTO GARDIN,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture or substance containing a detectable

amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**COUNT 2**

On or about April 21, 2004, in Miami-Dade County, in the Southern of District Florida, the defendants,

**JORGE PELEGRIN,
NICKY MARTINEZ,
BRUNO GASPAROTTO, and
OTTO GARDIN,**

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 3**

From on or about February 12, 2004, through on or about April 21, 2004, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JORGE PELEGRIN,
NICKY MARTINEZ,
BRUNO GASPAROTTO, and
OTTO GARDIN,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons unknown to the Grand Jury, to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did plan to take cocaine from individuals they believed to be engaged in narcotics

trafficking by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Section 1951(a).

**COUNT 4**

AMS 5-6-04 2004

On or about April 21, ~~2003,~~ in Miami-Dade County, in the Southern District of Florida, the defendants,

**JORGE PELEGRIN,**
**NICKY MARTINEZ,**
**BRUNO GASPAROTTO, and**
**OTTO GARDIN,**

did knowingly attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did plan to take cocaine from individuals they believed to be engaged in narcotics trafficking by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Section 1951(a).

**COUNT 5**

From on or about February 12, 2004, through on or about April 21, 2004, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JORGE PELEGRIN,**
**NICKY MARTINEZ,**
**BRUNO GASPAROTTO, and**
**OTTO GARDIN,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons unknown to the Grand Jury, to possess a firearm in furtherance of a crime of violence and a drug trafficking crime, which are felonies prosecutable in a court of the United States, specifically, violations of Title 18, United States Code, Section 1951(a), and Title 21, United States

Code, Section 846, as set forth in Counts 1, 2, 3, and 4 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A); all in violation of Title 18, United States Code, Section 924(o).

**COUNT 6** ✓

On or about April 21, ~~2003,~~ 2004 in Miami-Dade County, in the Southern of District Florida, the defendants,

**JORGE PELEGRIN,**
**NICKY MARTINEZ,**
**BRUNO GASPAROTTO, and**
**OTTO GARDIN,**

did knowingly use and carry a firearm, that is, a FEG 9mm semi-automatic pistol, approximately ten rounds of 9mm ammunition, a Colt .38 caliber revolver, and approximately six rounds of .38 caliber ammunition in furtherance of a crime of violence and a drug trafficking crime, which are felonies prosecutable in a court of the United States, specifically, violations of Title 18, United States Code, Section 1951(a), and Title 21, United States Code, Section 846, as set forth in Counts 1, 2, 3, and 4 of this Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

**COUNT 7** ✓

On or about April 21, 2004, in Miami-Dade County, in the Southern of District Florida, the defendant,

**JORGE PELEGRIN,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, that is, a FEG 9mm semi-automatic pistol, approximately ten rounds of 9mm ammunition, a Colt .38

caliber revolver, and approximately six rounds of .38 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 8** ✓

On or about April 21, 2004, in Miami-Dade County, in the Southern of District Florida, the defendant,

**NICKY MARTINEZ,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, that is, a FEG 9mm semi-automatic pistol, approximately ten rounds of 9mm ammunition, a Colt .38 caliber revolver, and approximately six rounds of .38 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 9** ✓

On or about April 21, 2004, in Miami-Dade County, in the Southern of District Florida, the defendant,

**BRUNO GASPAROTTO,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, that is, a FEG 9mm semi-automatic pistol, approximately ten rounds of 9mm ammunition, a Colt .38 caliber revolver, and approximately six rounds of .38 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 10** ✓

On or about April 21, 2004, in Miami-Dade County, in the Southern of District Florida, the defendant,

**OTTO GARDIN,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, that is, a FEG 9mm semi-automatic pistol, approximately ten rounds of 9mm ammunition, a Colt .38 caliber revolver, and approximately six rounds of .38 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. The allegations of Counts 1 through 10 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants, **JORGE PELEGRIN, NICKY MARTINEZ, BRUNO GASPAROTTO, and OTTO GARDIN**, (hereinafter the "defendants"), have an interest pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) as incorporated by Title 28, United States Code, Section 2461, and Title 21, United States Code, Section 853.

2. The defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendant obtained, directly or indirectly, and any property which the defendant used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts 1 and 6 of the Indictment.

3. Upon conviction of any violation of Title 18, United States Code, Sections 1951, 924 and 922, as alleged in Count 3, Count 4, Count 5, Count 6, Count 7, Count 8, Count 9, and Count 10 of this Indictment, the defendants shall forfeit to the United States any firearm or ammunition involved in or used in the commission of said violation.

4. The property subject to forfeiture includes, but is not limited to:

(a) an FEG 9mm semiautomatic pistol;

(b) ten (10) rounds of 9mm ammunition;

(c) a Colt .38 caliber revolver; and

(d) six (6) rounds of .38 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) as incorporated by Title 28, United States Code, Section 2461, and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

GREGORY M. MUNSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **JORGE PELEGRIN**

**MAGISTRATE JUDGE BANDSTRA**

**Case No:** 04-20285 CR-SEITZ

Count #: 1

Conspiracy to possess with intent to distribute cocaine

21 U.S.C. § 846

* **Max. Penalty**: Life imprisonment

Count #: 2

Attempt to possess with intent to distribute cocaine

21 U.S.C. § 846

***Max. Penalty:** Life imprisonment

2004 MAY -5 PM 2:52

Count #: 3

Conspiracy to commit a robbery affecting commerce

18 U.S.C. § 1951(a)

***Max. Penalty:** Twenty (20) years' imprisonment

Count #: 4

Attempt to commit a robbery affecting commerce

18 U.S.C. § 1951(a)

***Max. Penalty:** Twenty (20) years' imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET (cont.)

**Defendant's Name:** **JORGE PELEGRIN**

**Case No.** 04-20285 CR-SEITZ

MAGISTRATE JUDGE BANDSTRA

Count #: 5

Conspiracy to possess firearms in furtherance of a drug trafficking crime and crime of violence

18 U.S.C. § 924(o)

*** Max. Penalty**: Life imprisonment

Count #: 6

Possessing firearms in furtherance of a drug trafficking crime and crime of violence

18 U.S.C. § 924(c)

***Max. Penalty:** Life imprisonment

FILED BY ___ D.C.
2004 MAY -5 PM 2:52

Count #: 7

Possession of a firearm by a convicted felon

18 U.S.C. § 922(g)

***Max. Penalty:** Ten (10) years' imprisonment

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** NICKY MARTINEZ

MAGISTRATE JUDGE
BANDSTRA

**Case No:** 04-20285 CR-SEITZ

Count #: 1

Conspiracy to possess with intent to distribute cocaine

21 U.S.C. § 846

*** Max. Penalty:** Life imprisonment

Count #: 2

Attempt to possess with intent to distribute cocaine

21 U.S.C. § 846

***Max. Penalty:** Life imprisonment

2004 MAY -6 PM 2:52

Count #: 3

Conspiracy to commit a robbery affecting commerce

18 U.S.C. § 1951(a)

***Max. Penalty:** Twenty (20) years' imprisonment

Count #: 4

Attempt to commit a robbery affecting commerce

18 U.S.C. § 1951(a)

***Max. Penalty:** Twenty (20) years' imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET (cont.)

**Defendant's Name:** NICKY MARTINEZ

**Case No:** 04-20285 CR-SEITZ

MAGISTRATE JUDGE
BANDSTRA

Count #: 5

Conspiracy to possess firearms in furtherance of a drug trafficking crime and crime of violence

18 U.S.C. § 924(o)

*** Max. Penalty**: Life imprisonment

Count #: 6

Possessing firearms in furtherance of a drug trafficking crime and crime of violence

18 U.S.C. § 924(c)

***Max. Penalty:** Life imprisonment

FILED BY
2004 MAY -5 PM 2:52

Count #: 8

Possession of a firearm by a convicted felon

18 U.S.C. § 922(g)

***Max. Penalty:** Ten (10) years' imprisonment

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **BRUNO GASPAROTTO**

**Case No:** 04-20285 CR-SEITZ

MAGISTRATE JUDGE
BANDSTRA

FILED BY ___ 2004 MAY -5 PM 2:52 CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI

Count #: 1

Conspiracy to possess with intent to distribute cocaine

21 U.S.C. § 846

*** Max. Penalty**: Life imprisonment

Count #: 2

Attempt to possess with intent to distribute cocaine

21 U.S.C. § 846

***Max. Penalty:** Life imprisonment

Count #: 3

Conspiracy to commit a robbery affecting commerce

18 U.S.C. § 1951(a)

***Max. Penalty:** Twenty (20) years' imprisonment

Count #: 4

Attempt to commit a robbery affecting commerce

18 U.S.C. § 1951(a)

***Max. Penalty:** Twenty (20) years' imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET (cont.)

**Defendant's Name:** BRUNO GASPAROTTO CR - SEITZ

**MAGISTRATE JUDGE SANDSTRA**

**Case No:** 04 - 20285

Count #: 5

Conspiracy to possess firearms in furtherance of a drug trafficking crime and crime of violence

18 U.S.C. § 924(o)

*** Max. Penalty:** Life imprisonment

FILED BY ___ D.C.
2004 MAY -6 PM 2: 52
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Count #: 6

Possessing firearms in furtherance of a drug trafficking crime and crime of violence

18 U.S.C. § 924(c)

***Max. Penalty:** Life imprisonment

Count #: 9

Possession of a firearm by a convicted felon

18 U.S.C. § 922(g)

***Max. Penalty:** Ten (10) years' imprisonment

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **OTTO GARDIN**

**Case No:** 04-20285 CR-SEITZ MAGISTRATE JUDGE BANDSTRA

FILED BY D.C. 2004 MAY -5 PM 2:53 CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI

Count #: 1

Conspiracy to possess with intent to distribute cocaine

21 U.S.C. § 846

*** Max. Penalty**: Life imprisonment

Count #: 2

Attempt to possess with intent to distribute cocaine

21 U.S.C. § 846

***Max. Penalty:** Life imprisonment

Count #: 3

Conspiracy to commit a robbery affecting commerce

18 U.S.C. § 1951(a)

***Max. Penalty:** Twenty (20) years' imprisonment

Count #: 4

Attempt to commit a robbery affecting commerce

18 U.S.C. § 1951(a)

***Max. Penalty:** Twenty (20) years' imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET (cont.)

**Defendant's Name:** **OTTO GARDIN**

**Case No:** 04-20285 CR-SEITZ MAGISTRATE JUDGE BANDSTRA

Count #: 5

Conspiracy to possess firearms in furtherance of a drug trafficking crime and crime of violence

18 U.S.C. § 924(o)

*** Max. Penalty:** Life imprisonment

FILED BY D.C. 04 MAY -6 PM 2:53 CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI

Count #: 6

Possessing firearms in furtherance of a drug trafficking crime and crime of violence

18 U.S.C. § 924(c)

***Max. Penalty:** Life imprisonment

Count #: 10

Possession of a firearm by a convicted felon

18 U.S.C. § 922(g)

***Max. Penalty:** Ten (10) years' imprisonment

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA CASE NO. 04-20285 CR-SEITZ

MAGISTRATE JUDGE BANDSTRA

vs.

JORGE PELEGRIN, et al.,

Defendants.
_____________________________/

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

X Miami ___ Key West ___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
List language and/or dialect ___________

4. This case will take 4-5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one) (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | x | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | x |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes:
Judge: ___________ Case No. ___________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) Yes
If yes:
Magistrate Case No. 04-2474-Palermo
Related Miscellaneous numbers: ___________
Defendant(s) in federal custody as of April 22, 2004
Defendant(s) in state custody as of ___________
Rule 20 from the ___________ District of ___________

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes X No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes X No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes X No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes X No

GREGORY M. MUNSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0188344

FILED BY ___ 2004 MAY -6 PM 2:52

*Penalty Sheet(s) attached

REV.1/14/04

Federal Grand Jury
Indictment Number
0305-MCN-0146

FORM DBD-34
March 04

No. 04-20285 CR-SEITZ

MAGISTRATE JUDGE BANDSTRA

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs.

JORGE PELEGRIN, NICKY MARTINEZ,
BRUNO GASPAROTTO, and
OTTO GARDIN,
Defendants.

## INDICTMENT

In violation of:

21 U.S.C. § 846
18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(o)
18 U.S.C. § 922(g)(2)

*A true bill.*

[signature]
*Foreman*

FGJ No. 03-05(MIA)

*Filed in open court this* 6th *day,*

*of* May *A.D. 2004*

[signature] R. Mitchell
*Clerk*

*Bail, $* ________